CAUSE NO. 2010-CR-2739-W3    12-29-2014
WR-76,645-06

76,645-06

Dear Abel Acosta Clerk of Court of Criminal Appeal, I ROSCELL HINES #1734204 an inmate at Stringfellow T/c Unit, am respectfully requesting a copy of the conclusions and findings, of facts that the Court of Criminal Appeals reached "their" decision and ruling to deny my final 11.07 Writ of habeas corpus without a written order. Thank you for your time and effort and may you have a blessed day and Happy Holidays.

Sincerely
Roscell Hines #1734204
Stringfellow T/c Unit
1200 FM 655
Rosharon Tx. 77583

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk